Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*twerner@maire-law.com*

Attorney(s) for Defendants, CITY OF REDDING and JACOB PROVENCIO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REBECCKAH McCLELLAND,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING,<br>JACOB PROVENCIO, and<br>DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.:   2:22-cv-01388-JAM-DMC<br><br>**STIPULATION TO CONTINUE THE DEADLINE FOR FILING JOINT STATUS REPORT AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their respective counsel, that the deadline to file a Joint Status Report, presently scheduled for November 1, 2022, be continued to November 14, 2022.  The parties stipulate that good cause exists for the continuance for the following reason:

1.     Despite the best good faith efforts of counsel for Plaintiff and Defendants, they have been unable to meet and confer regarding the matters set forth in this Court's Order re: Service of

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

PAGE 1
STIPULATION TO CONTINUE THE DEADLINE FOR FILING JOINT STATUS REPORT AND ORDER THEREON

Process and Joint Status Report. The additional time is necessary to enable the parties to meaningfully address the matters set forth in the Court's order.

**IT IS SO STIPULATED**:

Dated:   November 2, 2022                    MAIRE & DEEDON


                                             */s/ Patrick L. Deedon*
                                             PATRICK L. DEEDON
                                             TRACEY A. WERNER
                                             Attorney(s) for Defendants,
                                             CITY OF REDDING and
                                             JACOB PROVENCIO

Dated:  November 2, 2022                     LAW OFFICES OF JERRY L. STEERING


                                             */s/ Jerry L. Steering (as authorized on 11/2/22)*
                                             JERRY L. STEERING
                                             Attorney for Plaintiff,
                                             REBECCKAH McCLELLAND


## ORDER

   Pursuant to the above Stipulation, **IT IS SO ORDERED** that the deadline to file the Joint Status Report be continued to November 14, 2022.


Dated:  November 2, 2022              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

PAGE 2
STIPULATION TO CONTINUE THE DEADLINE FOR FILING JOINT STATUS REPORT AND ORDER THEREON