Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*twerner@maire-law.com*

Attorney(s) for Defendants,
CITY OF REDDING and JACOB PROVENCIO

Jerry L. Steering, State Bar No. 122509
Law Offices of Jerry L. Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 747-1883 – facsimile
jerrysteering@yahoo.com

Alexander J. Perez, State Bar No. 163688
LAW OFFICES OF ALEXANDER J. PEREZ
58 West Portal Drive, Suite 286
San Francisco, California 94127
perezlawoffice@att.net

Attorneys for Plaintiff,
REBECCKAH MCCLELLAND

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REBECCKAH McCLELLAND, | CASE NO.: 2:22-cv-01388-JAM-DMC |
| Plaintiffs, | |
| vs. | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF 19)** |
| CITY OF REDDING, JACOB PROVENCIO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

a. Last day to serve initial expert witness disclosures – **October 9, 2024**.
b. Last day to serve rebuttal expert witness disclosures – **October 23, 2024**.
c. Last day to propound discovery – **October 28, 2024**.
d. Discovery cut-off deadline – **December 12, 2024**.
e. Last day to file dispositive motions – **January 31, 2025**.
f. Hearing on dispositive motions – **April 08, 2025, at 01:00 p.m.**[1]
g. Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery.
h. File the Joint Pretrial Statement, as outlined in the Pretrial Scheduling Order, via CM/ECF and submit a Word version of said document (the Joint Pretrial Statement and the attachments) to jhayes@caed.uscourts.gov on or before **June 05, 2025**.
i. Final pre-trial conference – **Friday, June 13, 2025, at 10:00 a.m**.
j. Jury trial – **Monday, July 21, 2025, at 9:00 a.m**.

All other instructions contained in the November 15, 2022 Pretrial Scheduling Order (ECF No. 13) shall remain in effect.

**IT IS SO ORDERED.**

Dated: February 07, 2024          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.

Re: *McClelland v. City of Redding, et al.* (#6788)
Eastern District Case No. 2:22-cv-01388-JAM-DMC

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Shasta County, California at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is 2851 Park Marina Drive, Suite 300, Redding, California 96001.

On February 2, 2024 I served the document(s) entitled **[PROPOSED] ORDER ON STIPULATION TO FURTHER MODIFY THE PRE-TRIAL SCHEDULING ORDER** on the interested parties in this action as stated below:

# SEE ATTACHED SERVICE LIST

\_\_\_\_ **(BY MAIL)**: I deposited such envelope in the mail at Redding, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Redding, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

\_\_\_\_ **(VIA OVERNIGHT MAIL)**: I deposited such envelope to be placed for collection and handling via FED EX following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for FED EX. On the same day that material is placed for collection, it is picked up by FED EX at Redding, California.

  X   **(VIA ELECTRONIC MAIL)**: By transmitting a true copy of thereof to the electronic mail addresses as indicated below.

\_\_\_\_ **(BY HAND DELIVERY)**: I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

  X   **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on February 2, 2024 at Redding, California.

 /s/ *Lisa Morrison*
LISA MORRISON

**Maire & Deedon**
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

ORDER MODIFYING PRETRIAL SCHEDULING ORDER                                                                PAGE 3

Re:   *McClelland v. City of Redding, et al.* (#6788)
       Eastern District Case No. 2:22-cv-01388-JAM-DMC

## SERVICE LIST

Jerry L. Steering
LAW OFFICES OF JERRY L. STEERING
4063 Birch Street, Suite 100
Newport Beach, CA 92660
(949) 474-1849 / 474-1883 Fax
jerrysteering@yahoo.com; jerry@steeringlaw.com

Alexander J. Perez, State Bar No. 163688
LAW OFFICES OF ALEXANDER J. PEREZ
58 West Portal Drive, Suite 286
San Francisco, California 94127
perezlawoffice@att.net

***ATTORNEYS FOR PLAINTIFF***