IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCKAH McCLELLAND,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, et al.,<br><br>Defendants. | No.  2:22-CV-1388-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court are Defendants' proffered ex parte motions related to discovery.  See ECF Nos. 24 and 25.

In Defendants' first ex parte motion, ECF No. 24, Defendants seek an extension of the current December 12, 2024, discovery cut-off date to allow for Plaintiff's in-person deposition, currently set for November 22, 2024, to be taken on or before December 31, 2024.  In Defendants' second ex parte motion, ECF No. 25, Defendants seek an order quashing depositions subpoenas served on November 15, 2024, for the depositions of four non-party witnesses to take place on December 3, 2024, and December 4, 2024.  These witnesses are: (1) Andi Mari Wilkins; (2) Heather Hernandez; (3) Camille Byrne, aka Jessica Camille Waggoner; and (4) Elizabeth Ann Sealy.

/ / /

At the outset, the parties are advised that ex parte motions of this nature are not permitted and future such motions will not be entertained. The parties are referred to Eastern District of California Local Rule 233 for the procedures for seeking administrative relief.

As to the pending motions, the Court will sua sponte extend the time to complete Plaintiff's deposition and the depositions of the four non-party witnesses listed above to December 31, 2024. Except for this discovery, the provisions of the Court's February 7, 2024, modified scheduling order remain in effect and discovery closes on December 12, 2024. With this limited modification of the schedule, Defendants' proffered ex parte motions will be denied as moot.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court sua sponte extends the time to complete the following discovery to December 31, 2024:

    a. The taking of Plaintiff's deposition in person.

    b. The taking of the deposition of non-party witnesses Andi Mari Wilkins, Heather Hernandez, Camille Byrne, aka Jessica Camille Waggoner, and Elizabeth Ann Sealy.

2. These depositions shall be conducted at a date and time mutually agreed by the parties.

3. Except for the discovery outlined herein, all discovery will close on December 12, 2024, and the provisions of the Court's February 7, 2024, modified scheduling order remain in effect.

4. The relief provided herein is limited to the depositions outlined above and further modification of the scheduling order as to any other discovery will not be entertained.

5. Defendants' ex parte motions, ECF Nos. 24 and 25, are denied as moot.

Dated: November 21, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE